■ In the Matter of DIANNE HODES, Petitioner, v. NATHANIEL T. HELMAN, a Justice of the Supreme Court of the State of New York, First Judicial Department, Respondent.— Petition under article 78 in the nature of a writ of prohibition unanimously dismissed, without costs. Prohibition does not lie to prevent the taking of testimony where the court has jurisdiction of the subject matter and alleged errors in the reception of testimony may be remedied by way of

appeal, and where no extreme necessity is shown (*Matter of City of New York* v. *Maltbie*, 248 App. Div. 36, affd. 274 N. Y. 464). Concur — Breitel, J. P., McNally, Eager, Steuer and Bastow.